**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KARENJEAN STRANTZ,
a natural person,

Plaintiff,

v.

TRANSAMERICAN CREDIT GROUP, LTD,
a foreign company, and ROBERT AVILA,
individually,

Defendants.

Civil No. 00-1288 (DWF/AJB)

**ORDER OF DISMISSAL**

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 20, 2000

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 20 2000
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________